### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD W. HARSHMAN,** | : | **CIVIL ACTION NO. 3:17-CV-116** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT, STATE** | : | |
| **CORRECTIONAL INSTITUTION** | : | |
| **AT ROCKVIEW,** *et al.,* | : | |
| | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 26th day of March, 2019, upon consideration of the

application (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by

petitioner Ronald W. Harshman ("Harshman"), and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1. Harshman's petition for a writ of habeas corpus pursuant to 28
   U.S.C. § 2254 is GRANTED with respect to his claim under
   Brady v. Maryland, 373 U.S. 83 (1963), as further clarified in the
   accompanying memorandum.

2. Harshman's conviction and sentence for first-degree murder in
   the Court of Common Pleas of Franklin County, Criminal
   Division, No. CP-28-CR-0000851-2000 are VACATED.

3. The execution of the writ of habeas corpus is STAYED for
   **ninety (90) days from the date of this order**, during which time
   the Commonwealth of Pennsylvania may afford Harshman a
   new trial.

4. There is no basis for the issuance of a certificate of appealability.
   See 28 U.S.C. § 2254 Rule 11(a).

5.     The Clerk of Court is directed to administratively CLOSE this
       case.


                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania